The Law Offices of Jason J. Rebhun, P.C.
*Attorneys for Defendant(s)*
225 Broadway, 38th Floor
New York, NY 10007
(646) 201-9392
Jason@jasonrebhun.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/26/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
KADEA WILSON (nee Bailey), individually and
On behalf of all others similarly situated

                Plaintiff,

-against-

USA STAY, LLC d/b/a iStayNY, DARREN LACHAR,
MOHAMMED MOUTRAJI, and EKATERINA
RTISHCHEVAHAS,

                Defendants.
-----------------------------------------------------------X

Civil Action No. 15-CV-5670 (AKH)

**STIPULATION OF DISCONTINUANCE**

SO ORDERED.
1/26/17
*[signature]*

The above action against Defendants having been resolved,

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED by and between the respective parties hereto that the above-entitled action against Defendants, be and the same is hereby discontinued with prejudice and without costs to either party as against the other and that an order to this effect may be entered by either party without further notice.

Dated: New York, New York
        January 24, 2017

*Jason J. Rebhun*
_____
The Law Offices of Jason J. Rebhun P.C
*Attorneys for Defendant(s)*
225 Broadway, 38th Floor
New York, NY 10007
(646) 201-9392

*[signature]*
_____
Eisner & Dictor, P.C.
*Attorneys for Plaintiff*
113 University Place, 8th Floor
New York, NY 10003
(212) 437-8700